

**FILED**
DISTRICT COURT OF GUAM
AUG - 3 2005
MARY L.M. MORAN
CLERK OF COURT

JOAQUIN C. ARRIOLA, JR., ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9730/33

## UNITED STATES DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. CR03-00031 |
| Plaintiff, ) | |
| ) | STIPULATION ~~AND ORDER~~ |
| vs. ) | MODIFYING CONDITIONS OF |
| ) | RELEASE and PERMITTING |
| VIVIEN R. BATOYON-SAGISI, ) | TRAVEL |
| Defendant. ) | |

COME NOW the Parties, through undersigned counsel, to Stipulate and Agree that the conditions of release for Defendant Vivien Batoyon-Sagisi are hereby modified as follows:

Defendant, who was previously permitted to leave the District of Guam to travel to Manila, Philippines, for medical treatment, is permitted to travel to the Philippines for further medical treatment. She may leave not earlier than August 5, 2005, to travel to the Philippines for medical treatment, and return not later than September 5, 2005. Defendant's Passport shall be returned to her for this purpose. Defendant shall surrender to the United States Marshal, District of Guam, not later than September 6, 2005, to serve the term of her incarceration previously ordered. Defendant may self surrender to the United States Marshal earlier than September 6, 2005, if she returns to the island sooner than September 5, 2005. All other conditions of release previously imposed are to remain in full force and effect.

IT IS SO STIPULATED this 2nd day of August, 2005.

ARRIOLA, COWAN & ARRIOLA

_____
JOAQUIN C. ARRIOLA, JR.
Counsel for Defendant

_____
VIVIEN BATOYON SAGISI
Defendant

UNITED STATES ATTORNEY'S OFFICE

_____
JEFFREY STRAND
Assistant United States Attorney

ORIGINAL