FILED
DISTRICT COURT OF GUAM
AUG - 3 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | CRIMINAL CASE NO. **CR03-00031** |
| ) | |
| Plaintiff,      ) | |
| ) | |
| vs.      ) | **ORDER MODIFYING CONDITIONS** |
| ) | **OF RELEASE and PERMITTING** |
| VIVIEN R. BATOYON-SAGISI,      ) | **TRAVEL** |
| ) | |
| Defendant.      ) | |
| _____ ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of release for Defendant VIVIEN BATOYON-SAGISI are hereby modified as stipulated herein, to wit:

Defendant, who was previously permitted to leave the District of Guam to travel to Manila, Philippines, for medical treatment, is permitted to travel to the Philippines for further medical treatment. She may leave not earlier than August 5, 2005, to travel to the Philippines for medical treatment, and return not later than September 5, 2005. Defendant's Passport shall be returned to her for this purpose. Defendant shall surrender to the United States Marshal, District of Guam, not later than September 6, 2005, to serve the term of her incarceration previously ordered. Defendant may self surrender to the United States Marshal earlier than September 6, 2005, if she returns to the island sooner than September 5, 2005. All other conditions of release previously imposed are to remain in full ~~force~~ and effect.

*Probation to be no objection* [handwritten]

**IT IS SO ORDERED.**

Dated: 8/3/05

RECEIVED
AUG - 3 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**HONORABLE CONSUELO B. MARSHALL**
Designated Judge, District Court of Guam