JOAQUIN C. ARRIOLA, JR., ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
P.O. BOX X, HAGÅTÑA, GUAM 96932
TELEPHONE: (671) 477-9730-33
TELECOPIER: (671) 477-9734

Counsel for Defendant *VIVIEN R. BATOYON-SAGISI*

FILED
DISTRICT COURT OF GUAM
AUG - 4 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. **CR03-000031** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER RE: BOND EXONERATION** |
| VIVIEN R. BATOYON-SAGISI, | ) | |
| Defendant. | ) | |

On motion by Defendant VIVIEN BATOYON-SAGISI, by and through JOAQUIN C. ARRIOLA, JR., ESQ., counsel of record, and without objection by the Government, in open court on August 1, 2005, **IT IS HEREBY ORDERED** that the bond posted by Defendant in the above-captioned matter shall be vacated and exonerated upon self-surrender of the Defendant to the United States Marshal on or before September 6, 2005.

**SO ORDERED** this ____ day of August, 2005.

HONORABLE CONSUELO B. MARSHALL
Designated Judge, District Court of Guam

RECEIVED
AUG 3 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM