


FILED
DISTRICT COURT OF GUAM
DEC 12 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL CASE NO. 03-00031-001 |
| Plaintiff, ) | |
| ) | |
| vs. ) | **REQUEST TO TRAVEL** |
| ) | |
| VIVIEN R. BATOYON a.k.a. ) | |
| VIVIEN R. BATOYON SAGISI ) | |
| Defendant. ) | |

On August 1, 2005, Dr. Vivien R. Batoyon was sentenced in the District Court of Guam for Conspiracy to Distribute Oxycodone Hydrochloride, in violation of 21 U.S.C. §§ 841(a)(1) and 846. She was sentenced to six months imprisonment followed by a six year supervised release term.

On March 4, 2006, Dr. Batoyon commenced her term of supervised release. Her supervised release conditions include: comply with the standard conditions of supervised release as set forth by the U.S. Probation Office; not commit another federal, state, or local crime; not unlawfully possess and refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from imprisonment and at least two periodic tests thereafter as determined by the Court; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; cooperate in the collection of DNA as directed by the Probation Officer; perform 1,000 hours of community service under the direction of the U.S. Probation Office; and pay a $100 special assessment fee.

On December 8, 2006, Dr. Batoyon's mother passed away in the Republic of the Philippines. She is requesting permission to attend her mother's funeral, take care of probate matters, and seek personal medical and dental care. She intends to leave on December 14, 2006 and return on January 14, 2007.

ORIGINAL

Request to Travel
Re: BATOYON, Vivien R.
USDC Cr. Cs. No. 03-00031-001
December 12, 2006
Page 2

To date, Dr. Batoyon has satisfactorily adjusted to her supervised release conditions. She completed 1,000 hours of community service on September 7, 2006, and paid her $100 special assessment fee on March 6, 2006. In addition, she submits monthly supervision reports in a timely manner, and submitted to DNA collection on March 7, 2006. This Officer supports her travel request and seeks Court approval.

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U. S. Probation Officer

By: *(signed)*
JUDY ANNE L. OCAMPO
U. S. Probation Officer

Reviewed by:

*(signed)*
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: File