| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT FEDERAL PROBATION SYSTEM **PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE U.S. PROBATION OFFICE 2nd Floor, U.S. District Courthouse 520 West Soledad Avenue Hagatna, Guam 96910 Tel: (671) 473-9201 |
|---|---|---|

Vivien R. Batoyon Sagisi
USDC Cr. Cs. No. 03-00031-001
SS# XXX-XX-3281
DOB: XX-XX-1942
HT: 5'4" WT: 154 lbs



DATE: December 12, 2006

**FILED**
DISTRICT COURT OF GUAM
DEC 13 2006
MARY L.M. MORAN
CLERK OF COURT

YOU ARE AUTHORIZED TO TRAVEL TO   Manila, Republic of the Philippines

LEAVING   **December 14, 2006**   AND RETURNING   **January 14, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

Attend mother's funeral, take care of probate matters, and personal medical and dental care.

SPECIAL INSTRUCTIONS:   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT)

1. You shall abide by your conditions of probation while in Manila, Republic of the Philippines;

2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;

3. You shall call your probation officer if you change accommodation/location; and

4. You shall call your probation officer within 24 hours upon your return to Guam.

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

_____
JUDY ANNE L. OCAMPO
UNITED STATES PROBATION OFFICER

NAME   _____
ADDRESS   _____
_____

☒ APPROVED   ☐ DISAPPROVED

_____
HON. JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District of Guam

DATE:   12/13/2006

ORIGINAL