# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 03-00031-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **REQUEST TO TRAVEL** |
| vs. | ) | |
| | ) | |
| VIVIEN R. BATOYON a.k.a. | ) | |
| VIVIEN R. BATOYON SAGISI | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     On August 1, 2005, Dr. Vivien R. Batoyon was sentenced in the District Court of Guam for Conspiracy to Distribute Oxycodone Hydrochloride, in violation of 21 U.S.C. §§ 841(a)(1) and 846. She was sentenced to six months imprisonment followed by a six year supervised release term.

     On March 4, 2006, Dr. Batoyon commenced her term of supervised release. Her supervised release conditions include: comply with the standard conditions of supervised release as set forth by the U.S. Probation Office; not commit another federal, state, or local crime; not unlawfully possess and refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from imprisonment and at least two periodic tests thereafter as determined by the Court; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; cooperate in the collection of DNA as directed by the Probation Officer; perform 1,000 hours of community service under the direction of the U.S. Probation Office; and pay a $100 special assessment fee.

     On January 7, 2008, Dr. Batoyon submitted a request to travel t o Manila, Republic of the Philippines, for medical and dental care. She will also attending her mother's estate proceedings. She is requesting to leave on January 24, 2008 and return on February 24, 2008.

Request to Travel
Re: BATOYON, Vivien R.
Criminal Case No. 03-00031-001
January 15, 2008
Page 2

To date, Dr. Batoyon has satisfactorily adjusted to her supervised release conditions. She completed 1,000 hours of community service on September 7, 2006; paid her $100 special assessment fee on March 6, 2006; and submitted to DNA collection on March 7, 2006. In addition, she submits her monthly supervision reports in a timely manner. Dr. Batoyon was permitted to travel previously and returned without incident. This Officer supports her travel request and seeks Court approval.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By:  /s/ JUDY ANNE L. OCAMPO
U.S. Probation Officer

Reviewed by:

 /s/ GRACE D. FLORES
U.S. Probation Officer
Acting Supervision Unit Leader

cc: File

| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|

**Vivien R. Batoyon Sagisi**
**Criminal Case No. 03-00031-001**
**SS# XXX-XX-3281**
**DOB: XX-XX-1942**
**HT: 5'4" WT: 154 lbs**



DATE: **January 15, 2008**

YOU ARE AUTHORIZED TO TRAVEL TO  **Manila, Republic of the Philippines**

LEAVING  **January 24, 2008**  AND RETURNING  **February 24, 2008**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Seek medical and dental care, and attend mother's estate proceedings.**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

**1. You shall abide by your conditions of probation while in Manila, Republic of the Philippines;**

**2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;**

**3. You shall call your probation officer if you change accommodation/location; and**

**4. You shall call your probation officer within 24 hours upon your return to Guam.**

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

/s/ JUDY ANNE L. OCAMPO
UNITED STATES PROBATION OFFICER

NAME
ADDRESS

☐ APPROVED    ☐ DISAPPROVED